UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:13-cr-00026-JMS-CMM |
| | ) | |
| EMERY NORTON (01), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt. [91] recommending that Emery Norton's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [91]. The Court finds that Mr. Norton committed Violation Numbers 1 and 6  and as amended as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkts. [81 and 89].  The Court dismissed Violation Numbers 2 through 5 at dkt. [81]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Norton is sentenced to the custody of the Attorney General or his designee for a period of two (2) years and with no federal supervised release to follow with this sentence imposed to run concurrent to the sentence Defendant received in Vigo County State Court Cause No. 84D03-2509-F6-003029.    The Court further recommends placement at New Castle CF (as requested by defendant).

Date: 8/5/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system